FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 6 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01620-MSK-CBS

JOHN KILMAN,

    Plaintiff,

v.

CROSSMARK/CHI MANAGEMENT GROUP, L.P.,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 3rd day of November, 2008.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01620-MSK-CBS

John Kilman
615 Water St., #410
Golden, CO 80401

US Marshal Service
Service Clerk
Service forms for: Crossmark/CHI Management Group, L.P.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal Service for service of process on Crossmark/CHI Management Group, L.P.: AMENDED COMPLAINT FILED 08/29/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 11/6/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk