IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01620-MSK-CBS

JOHN KILMAN,
        Plaintiff,
v.

CROSSMARK/CHI MANAGEMENT GROUP, L.P.,
        Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

Pursuant to the Order of Reference dated November 3, 2008 (doc. # 10), this

matter was referred to the Magistrate Judge.  In light of the "Order Granting Service by

United States Marshal" (doc. # 12), IT IS ORDERED that Plaintiff Kilman's "Motion for

Service" (filed September 3, 2008) (doc. # 9) is DENIED as unnecessary.

Dated at Denver, Colorado this 19th day of November, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge